# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ST. LUKE'S CATARACT AND LASER
INSTITUTE, P.A.,**

       **Plaintiff,**

**v.**                                           **Case No.  8:06-cv-1491-T-30MSS**

**SUNCOAST RETINA CONSULTANTS, LLC,**

       **Defendant.**
_____/

### ORDER OF DISMISSAL

      Before the Court is the Notice of Dismissal (Dkt. #28).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

    1.      This cause is dismissed with prejudice.

    2.      All pending motions are denied as moot.

    3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on September 4, 2007.

                        _____
                        JAMES S. MOODY, JR.
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1491.dismissal 28.wpd